Vivian BARNETT, Plaintiff,

v.

JEWISH HOSPITAL OF ST. LOUIS,
a corporation, Defendant.

No. 63935.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 15, 1994.

Elbert Dorsey, Collier & Dorsey, St. Louis, for plaintiff.

Donald P. Myre, Anderson, Gilbert & Garvin, St. Louis, for defendant.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a judgment entered on a jury verdict for defendant in a malpractice case. The evidence in support of the jury verdict is not insufficient and no error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).